THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>HENG CHEONG PACIFIC LIMITED (BVI);<br><br>WORLD WIDE INVESTMENT SERVICES LIMITED (BVI); and<br><br>NEW CENTURY PROPERTIES LIMITED (BVI).<br><br>      Debtors. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE ON JOHN WADSWORTH AND TO EXTEND TIME FOR SERVICE**<br><br>Case No. 2:21-cv-00473-DN<br><br>District Judge David Nuffer |
| STEPHEN W. RUPP, as Chapter 7 Trustee; and COSIMO BORRELLI and MEADE MALONE, as the Foreign Representatives,<br><br>Plaintiffs,<br>v.<br><br>WESTERN LAND & LIVESTOCK, LLC.; and UNITED STATES OF AMERICA,<br><br>Defendants. | |
| STEPHEN W. RUPP, as Chapter 7 Trustee; and COSIMO BORRELLI and MEADE MALONE, as the Foreign Representatives,<br><br>Plaintiffs,<br>v.<br><br>RIVERCLIFF FARM, INC.; and UNITED STATES OF AMERICA,<br><br>Defendants. | |

1

| | |
|---|---|
| COSIMO BORRELLI and MEADE MALONE, as the Foreign Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN LAND & LIVESTOCK, LLC.; and UNITED STATES OF AMERICA,<br><br>Defendants. | |
| COSIMO BORRELLI and MEADE MALONE, as the Foreign Representatives,<br><br>Plaintiffs,<br>v.<br><br>RIVERCLIFF FARM, INC.; and UNITED STATES OF AMERICA,<br><br>Defendants. | |

Based on the United States' Motion for Alternative Service on John Wadsworth and to Extend Time for Service ("Motion"),[1] the whereabouts of John Wadsworth are unknown and could not (and cannot) be ascertained through reasonable diligence. There is also good cause to believe that Mr. Wadsworth is avoiding service. Service by alternative means is appropriate under the circumstances. And service of summons and the United States' counterclaims[2] by email sent to John Wadsworth's known email address, and by email sent to Mr. Wadsworth's

---

[1] Docket no. 73, filed Oct. 25, 2022.

[2] United States' Amended Answer and Counterclaim Re The Liberty Property, docket no. 50, filed July 27, 2022; United States' Amended Answer and Counterclaim Re The RiverCliff Property, docket no. 51, filed July 27, 2022.

counsel is reasonably calculated, under all the circumstances, to apprise Mr. Wadsworth of the action. Therefore, for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion[3] is GRANTED. The United States may serve John Wadsworth, individually and as Trustee for the RBT Victim Recovery Trust, by email service to him personally at johnwadsworth@gmail.com, and by email service to Mr. Wadsworth's attorney, J. Thomas Beckett, at TBeckett@parsonsbehle.com.

IT IS FURTHER ORDERED that the United States' deadline to serve John Wadsworth is extended to December 9, 2022.

Signed October 27, 2022.

BY THE COURT:

David Nuffer
United States District Judge

---

[3] *Id.*